UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ADRIAN S. HOLMES,

    Petitioner,

v.                                           3:01-cv-453
                                            3:98-cr-006

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                       _____*s/ James H. Jarvis*_____
                                       UNITED STATES DISTRICT JUDGE